# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:04cr73

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| TADARIAN RESHAWN NEAL. | ) | |

**THIS MATTER** is before the Court on the Defendant's handwritten *pro se* letter to the Clerk of Court. [Doc. 40].

In this case, the Defendant was charged with one count of unlawful possession of a firearm by a convicted felon, in violation of 18 U.S.C. §922(g). He entered into a plea agreement with the Government and was sentenced to 46 months imprisonment. After the completion of his sentence, the Defendant commenced the supervised release portion of his sentence. In March 2009, the Defendant was arrested in connection with a petition to revoke his supervised release due to additional violations of law. At the time of his arrest, he was in state custody. Since his initial appearance, the Defendant has had three different attorneys.

In the letter written to the Clerk of Court, the Defendant complains again about his most recent attorney. He also complains that he has been custody for over a year; however, he omits that he was in state custody at the time the federal charges were brought. The Court will instruct the Defendant that he may not communicate with the Court by *pro se* filings. He is represented by counsel and may address the Court only through counsel.

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* letter is construed as a motion for new court-appointed counsel and as so construed is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the Defendant shall communicate with the Court only through counsel.

Signed: September 11, 2009

Martin Reidinger
United States District Judge